■ DENNIS GREEN et al., Respondents, v ASSOCIATED MEDICAL PROFESSIONALS OF NY, PLLC, et al., Appellants. (Action No. 1.) DENNIS GREEN et al., Respondents, v SYRACUSE UROLOGY ASSOCIATES, P.C., Appellant. (Action No. 2.) DENNIS GREEN et al., Respondents, v MICHAEL JOSEPH KENDRICK, M.D., Appellant. (Action No. 3.) (Appeal No. 2.) [974 NYS2d 879]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered October 2, 2012. The order, inter alia, denied the motion of defendants to dismiss the complaints.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, the motions are granted and the complaints are dismissed without prejudice.

Same memorandum as in *Green v Associated Med. Professionals of NY, PLLC* (111 AD3d 1430 [2013]). Present—Smith, J.P., Centra, Fahey and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO ARIOSA, Also Known as CUBA, Appellant. [974 NYS2d 874]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered June 5, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the first degree (Penal Law § 220.21 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.